UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY MASSON, individually and
on behalf of others similarly situated,

                            Plaintiffs,

v.                                      04 Civ. 4488 (MBM)

ECOLAB, INC.

                            Defendant.

RECEIVED OCT 13 2005

## CONSENT TO SUE

I hereby consent to be a plaintiff in the lawsuit named Troy Masson, et al. v. Ecolab, Inc. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act for unpaid overtime, liquidated damages, attorney's fees, costs, and other relief, against the defendant.

I authorize the Law Office of Dan Getman, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Law Office of Dan Getman without prepayment of attorney's fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that the Law Office of Dan Getman may petition the court for an award of fees and costs to be paid by defendant on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the defendant or one-third of my total settlement or judgment amount (including fees), whichever is greater.

Dated: Oct. 8th, 2005

Signature: Michael L. Nicoll
Name: Michael Nicoll
Address: 123 Farm Lane Seabrook, NH, 03874
Phone: 603 235-7507
603 474 3-125

Mail this form within 60 days of the date of the Notice of Lawsuit to: Law Office of Dan Getman, 9 Paradies Lane, New Paltz, NY 12561.

4