UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROY MASSON, individually and on
behalf of others similarly situated,

                                        Plaintiffs,

                V.                                              04 Civ 4488  (PAC)

ECOLAB, INC.,

                                        Defendants.

_____

        Michael Wastella hereby requests to no longer be a plaintiff in this action under the

Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*, to secure any unpaid minimum wages,

overtime, liquidated damages, attorneys' fees, costs and other relief arising out of his

employment with Ecolab, Inc. and any other associated parties.

        It is hereby stipulated and agreed that the above named individual be deemed not to

be a party to this case and his case shall be deemed dismissed without costs and without

prejudice.

Dated: 4/4/2007                          _____
                                         Michael Wastella

Dated: 4/09/07                           _____
                                         Tara Bernstein
                                         Attorney for Plaintiffs

Dated: 4/15                              _____
                                         Marc Wenger
                                         Attorney for Defendants